UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

ERICK GUALITO PARRA, on behalf of himself
and all others similarly situated,

                             Plaintiff,                  Case No. 1:21-cv-4887-BMC

      -against-                              **NOTICE OF APPEARANCE**

MLJ PAINTING CORP., et al.,

                             Defendants.

--------------------------------------------------------------------X

TO THE CLERK AND ALL PARTIES OF RECORD:

        Please enter my appearance as counsel for defendants MLJ Painting Corp. and Joseph

Picataggi.  I certify that I am admitted to practice before this court.

Dated:  New York, New York               SOLOMON & CRAMER LLP
         September 1, 2021             *Attorneys for Defendants*

                                        By: /s/Andrew T. Solomon_____
                                         Andrew T. Solomon
                                   25 West 39th Street, 7th Floor
                                   New York, NY 10018
                                   (212) 884-9102
                                   nroberts@solomoncramer.com