# EXHIBIT B

Contract dated October 4, 2017 between L&M Builders Group, LLC and MLJ Painting Corp. for construction project at 2700 Jerome Ave., Bronx, NY 10468 (excerpt)

| EXHIBIT "A" | | Date: 09/27/17 | | | | |
|---|---|---|---|---|---|---|
| **Project:** *Jerome Avenue*<br>*2700 Jerome Avenue*<br>*Bronx, NY 10468*<br><br>**Bid Package:** *Painting* | | **L+M Builders LLC<br>Requirements** | | | Company: | MLJ Painting Corp. |
| | | | | | Contact: | Joe Picataggi |
| | | | | | Address: | 10 Shenandoah Boulevard<br>Port Jefferson Station, NY 11776 |
| | | | | | Tel: | (631) 474-1270 |
| | | | | | Cel: | (516) 807-9302 |
| | | | | | Email: | mljpainting@hotmail.com |

| # | Item | Date | | | | |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | **DRAWINGS AND SPECIFICATIONS** | | | | | |
| 3 | Architectural drawings by MHG Architects up to Bulletin #1 | Date: 04/26/17 | ✓ | Sent in ProCore Bid Package | ✓ | |
| 4 | Structural drawings by Denardis Engineering up to Bulletin #1 | Date: 04/26/17 | ✓ | Sent in ProCore Bid Package | ✓ | |
| 5 | MEP drawings by Rodkin Cardinale Consulting Engineers up to Bulletin #1 | Date: 04/26/17 | ✓ | Sent in ProCore Bid Package | ✓ | |
| 6 | MHG Architects Specifications - Construction Set | Date: 04/14/17 | ✓ | Sent in ProCore Bid Package | ✓ | |
| 7 | Site Survey by Perfect Point | | ✓ | Sent in ProCore Bid Package | ✓ | |
| 8 | | | | | | |
| 9 | **OTHER DOCUMENTS** | | | | | |
| 10 | In Accordance with Sample Trade Contract | | ✓ | Sent in ProCore Bid Package | ✓ | |
| 11 | Project Exhibit B Insurance Requirements | Date: 11/17/15 | ✓ | Sent in ProCore Bid Package | ✓ | |
| 12 | Exhibit C Schedule of Construction Documents | Date: 07/29/16 | ✓ | Sent in ProCore Bid Package | ✓ | |
| 13 | Project Exhibit D Site Logistics Plan | Date: 04/01/16 | ✓ | Sent in ProCore Bid Package | ✓ | |
| 14 | Project Exhibit E Regulatory Requirements (Sample Included) | Date: TBD | ✓ | Sent in ProCore Bid Package | ✓ | |
| 15 | Project Exhibit F Safety Requirements | Date: 06/15/16 | ✓ | Sent in ProCore Bid Package | ✓ | |
| 16 | Project Exhibit G Approved Site Safety Plan | Date: 03/07/16 | ✓ | Sent in ProCore Bid Package | ✓ | |
| 17 | Project Exhibit H Project Schedule | Date: 02/18/16 | ✓ | Sent in ProCore Bid Package | ✓ | |
| 18 | | | | | | |
| 19 | **GENERAL ITEMS** | | | | | |
| 20 | Contract is Lump Sum - Furnish AND Install | | ✓ | | ✓ | |
| 21 | This contractor shall provide all scope items related to **THIS TRADE** as defined in the drawings, specifications, and items listed below. | | ✓ | | ✓ | |
| 22 | The drawings are diagrammatic and may not be complete in every detail. Sub-contractor shall include ALL AND ANY other items necessary to complete their work. | | ✓ | | ✓ | |
| 23 | Project is Non Union-Non Prevailing Wage; Labor harmony is included | | ✓ | | ✓ | |
| 24 | Work Hours are: Monday through Friday 7AM to 6PM and Saturday 8AM to 4PM | | ✓ | | ✓ | |
| 25 | Include site visit prior to award to confirm all existing conditions. Field measurements required. | | ✓ | | ✓ | |
| 26 | Provide full time on-site supervision | | ✓ | | ✓ | |
| 27 | Include all required submittals, product data, and shop drawings prior to installation as outlined in the specs | | ✓ | | ✓ | |
| 28 | Include all required close out documents, manufacturers warranties, as-builts, and O&Ms as required | | ✓ | | ✓ | |
| 29 | Coordination with GC, consultants and other trades is required. | | ✓ | | ✓ | |
| 30 | Attend all required meetings as set forth by GC. | | ✓ | | ✓ | |
| 31 | This Subcontractor shall be fully responsible for the layout of all of their work. A benchmark and initial access lines shall be provided by GC. | | ✓ | | ✓ | |
| 32 | All deliveries to be announced and coordinated with GC superintendent prior to delivery. | | ✓ | | ✓ | |

Page 1 of 4                                                                                   Initial: